# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL M. JONES<br><br>　　　　Plaintiff,<br>　　vs.<br><br>Christiana Trust, a Division of Wilmington Savings Fund Society, FSB; and DOES 1-50 and DOES 1-10 inclusive,<br><br>　　　　Defendants. | Case No.: CV 16-6919-DMG (AGRx)<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE [54]** |

On June 5, 2017, this Court entered an Order granting Defendant CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 2's (*erroneously sued as* "CHRISTIAN TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB") ("Christiana") Motion to Dismiss Plaintiff DARRYL M. JONES' Third Amended Complaint With Prejudice. [Doc. # 52.]

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that a Judgment of Dismissal with Prejudice is entered in favor of Defendant CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 2 and against Plaintiff DARRYL M. JONES.

DATED: June 15, 2017

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE